**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RODNEY BROWN,                    )     CASE NO. CV 09-00478 FMC (RZ)
                                 )
            Petitioner,          )
                                 )     ORDER ACCEPTING FINDINGS AND
      vs.                        )     RECOMMENDATIONS OF UNITED
                                 )     STATES MAGISTRATE JUDGE
ROBERT HERNANDEZ, WARDEN,        )
                                 )
            Respondent.          )
                                 )

　　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.  The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: April 6, 2009

_____
　　　FLORENCE-MARIE COOPER
　　　UNITED STATES DISTRICT JUDGE