**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY BROWN, | ) | CASE NO. CV 09-00478 FMC (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| ROBERT HERNANDEZ, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of RODNEY BROWN, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice as untimely.

DATED: April 6, 2009

_____
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE